UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CALVIN BLYSTRA, individually
and as principal stockholder
of Micro-Environmental, Inc.,
a Florida Corporation,

          Plaintiff,

    and

JON R. PETTIGREW, DAVE
MUILENBERG, MICHAEL E.
SKRZYCKI, MAX DOERING, and
TOM DYKSTRA,

          Plaintiffs,

   v.

FIBER TECH GROUP, INC., a
Delaware Corporation;
CHESAPEAKE SERVICES
CORPORATION, a Virginia
Corporation; and EDWARD
McCULLOCH and THOMAS SOFO,
individually and as officers
of Chesapeake Services
Corporation and the "Micro
Set" Division of Fiber Tech
Group, Inc.,

          Defendants.

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NOS. 00-4593 and
01-2271 (JEI)

**ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT IN
THE BLYSTRA ACTION (Blystra
Docket # 30) AND DENYING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT IN THE PETTIGREW ACTION
(Pettigrew Docket #21)**

**APPEARANCES:**

BATHGATE, WEGENER & WOLF, P.C.
By: Dominic J. Aprile, Esq.
One Airport Road, P.O. Box 2043
Lakewood, N.J. 08701

DUNCAN, BLUM, & ASSOCIATES
By: David E. Blum, Esq.
1863 Kalorama Road, N.W.
Washington, D.C. 20009
    Counsel for Plaintiffs

MANDELBAUM & SALSBURG
By: Charles S. Lorber
155 Prospect Avenue
West Orange, N.J. 07052

HERBERT S. ROSENBLUM, ESQ.
526 King Street, Suite 211
P.O. Box 58
Alexandria, Va. 22313
     Counsel for Defendants Chesapeake Services Corp. and Edward
     McCulloch

THOMAS SOFO, ESQ., *pro se*
3000 Timber Wood Way
Herndon, Va. 20171

ARCHER & GREINER, PC
By: Mark Oberstaedt, Esq.
One Centennial Square
PO Box 3000
Haddonfield, N.J. 08033
     Counsel for Fiber Tech Group, Inc.

**IRENAS**, Senior District Judge:

     Currently before the Court are Fiber Tech's Motions for
Summary Judgment in the Blystra and Pettigrew cases.  Chesapeake
Services Corporation, Edward McCulloch, and Thomas Sofo have
joined Fiber Tech's motions in both actions.

     The Court having reviewed the submissions of the parties,
for the reasons set forth in an Opinion issued by this Court,
which findings of fact and conclusions of law are incorporated
herein by reference, and for good cause appearing,

**IT IS** on this <u>29th</u> day of December, 2005,

**ORDERED THAT:**

1.   Defendants' Motion for Summary Judgment in the Blystra case is **GRANTED** as to all of the remaining counts in the Blystra Complaint.

2.   The Clerk of Court is directed to close the Blystra file (No. 00-cv-4593).

3.   Defendants' Motion for Summary Judgment in the Pettigrew case is **DENIED** as to all of the remaining counts in the Pettigrew Complaint.

JOSEPH E. IRENAS
Senior District Court Judge

3